**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| United States of America, | Case No. 1:11-cv-818 |
| Plaintiff, | Judge Michael R. Barrett |
| v. | |
| Kenneth M. David, | |
| Defendant. | |

### ORDER

This matter is before the Court upon Plaintiff United States' Request for the Entry of Default Against Kenneth David. (Doc. 9). As Plaintiff has satisfied the requirements of Rule 55(a) of the Federal Rules of Civil Procedure, the clerk is hereby **DIRECTED** to enter default against Defendant Kenneth David. Further, in light of Plaintiff's Request for the Entry of Default, the Court's Order to Show Cause (Doc. 10) is **RESCINDED**.

**IT IS SO ORDERED.**

s/ Michael R. Barrett
Michael R. Barrett, Judge
United States District Court